18-10UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KASSIDY PETTIT,

    Plaintiff,

  v.                                      Civil Action 2:18-cv-1718
                                            Judge Edmund A. Sargus, Jr.
                                            Magistrate Judge Chelsey M. Vascura

VILLAGE OF GRANVILLE, *et al.*,

    Defendants.

## ORDER

The parties' joint oral motion to stay the case in order to pursue mediation is **GRANTED**.  Accordingly, this action is **STAYED FOR NINETY DAYS**.  The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JUNE 8, 2021,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.  The Clerk is **DIRECTED** to **TERMINATE** ECF Nos. 16, 28 and 40 from the Court's pending motions list.  Should the parties' settlement negotiation arrive at impasse, they may request that the Court reactivate these motions.

      **IT IS SO ORDERED.**

                                                       /s/ *Chelsey M. Vascura*
                                                       CHELSEY M. VASCURA
                                                       UNITED STATES MAGISTRATE JUDGE